1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DOMINIQUE D. BAKER,                    No. CIV S-11-3187-CMK-P

12              Petitioner,

13         vs.                               ORDER

14    COURT OF APPEALS,

15              Respondent.

16    _____ /

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition

19    (Doc. 1).  "A petitioner for habeas corpus relief must name the state officer having custody of

20    him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359,

21    360 (9th Cir. 1994); see also  Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996)

22    (naming the Director of Corrections rather than the prison warden is sufficient); see also Rule

23    2(a), Federal Rules Governing Section 2254 Cases.  Because petitioner has not named the

24    appropriate state officer, the petition must be dismissed with leave to amend to name the correct

25    respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that failure to comply with this

26    order may result in the dismissal of this action.  See Local Rule 110.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.       Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with

3    leave to amend;

4          2.       Petitioner shall file an amended petition on the form employed by this

5    court, and which names the proper respondent and states all claims and requests for relief, within

6    30 days of the date of this order; and

7          3.       The Clerk of the Court is directed to send petitioner the court's form

8    habeas corpus application.

9

10    DATED:  December 16, 2011

11
                                        _____
12                                      CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26