IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER, | No. 2:11-CV-3187-WBS-CMK-P |
|     Petitioner, | |
|   vs. | FINDINGS AND RECOMMENDATIONS |
| CONNIE GIBSON, | |
|     Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion to dismiss (Doc. 21).  In her motion, respondent argues that grounds one, three, and four of the four claims raised are unexhausted and that the petition should proceed on unexhausted ground two only.  In response, petitioner stated: "Petitioner sees adequate reason as to the court deleting remaining (3) grounds and litigating on Ground 2. . . " Given petitioner's non-opposition, respondent's motion to dismiss should be granted.

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that respondent's unopposed motion to dismiss (Doc. 21) be granted and that this case proceed on ground 2 only.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 16, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE