IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE D. BAKER, | No. 2:11-CV-3187-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CONNIE GIBSON, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 17, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2012, are adopted in full;

2. Respondent's unopposed motion to dismiss (Doc. 21) is granted; and

3. This case shall proceed on ground 2 only.

DATED: February 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE